U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
May 25 - 2021
AT **4** O'CLOCK **00** MINUTES
John M. Domurad, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   8:21-CR-174 (DNH) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| **SCOTT A. THOMPSON,** | ) | Violation:   18 U.S.C. § 758 |
| | ) | [High speed flight from |
| | ) | immigration checkpoint] |
| | ) | |
| | ) | 1 Count |
| | ) | |
| **Defendant.** | ) | County of Offense:   St. Lawrence |

## THE GRAND JURY CHARGES:

### COUNT 1
### [High speed flight from immigration checkpoint]

On or about March 20, 2021, in St. Lawrence County in the Northern District of New York, the defendant, **SCOTT A. THOMPSON**, fled and evaded a checkpoint operated by a Federal law enforcement agency in a motor vehicle in excess of the legal speed limit, in that the defendant drove away from the U.S. Customs and Border Protection Port of Entry in Massena, New York, in excess of the speed limit to avoid inspection, in violation of Title 18, United States Code, Section 758.

Dated:   May 25, 2021

A TRUE BILL,

*name redacted

Grand Jury Foreperson

ANTOINETTE T. BACON
Acting United States Attorney

By: _____

Katherine Kopita
Assistant United States Attorney
Bar Roll No. 517944